

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00598-CR

**EX PARTE** Jesus Alfredo **GARCIA CASTILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10574CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On September 28, 2022, the trial court clerk filed the clerk's record in this appeal; however, the filed clerk's record did not comply with Texas Rule of Appellate Procedure 34.5(a), which lists the documents the trial court clerk must include in the clerk's record. *See* TEX. R. APP. P. 34.5. Specifically, the clerk's record was missing two items: (1) the trial court's order signed on August 17, 2022 and (2) the trial court's certification of the defendant's right to appeal under Texas Rule of Appellate Procedure 25.2. On October 11, 2022, we ordered the Kinney County Clerk to prepare a supplemental clerk's record containing the missing items and to file it by October 31, 2022. On that day, the Kinney County Clerk filed a notification of late record stating he has "not received the trial court certification from the attorney to date."

Rule 25.2 provides in a criminal appeal where the defendant is the appellant, "[t]he trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." *Id.* R. 25.2(a)(2). Rule 25.2 further provides, "If the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal under Rule 25.2(a)(2)," and cautions "[t]he appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." *Id*. R. 25.2(d).

Accordingly, we **order** the trial court to enter a certification of the defendant's right of appeal and forward it to the trial court clerk for inclusion in the clerk's record **by November 29, 2022**. We further **order** the Kinney County Clerk to prepare a supplemental clerk's record containing the trial court's certification and to file it **by December 14, 2022**. *See id*. 34.5(c)(2). The Kinney County Clerk is further reminded the supplemental clerk's record should contain the trial court's order signed on August 17, 2022. *See id*.

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.



_____
Michael A. Cruz,
Clerk of Court